UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH SIUDOCK,

           Plaintiff,

-vs-                                  Case No. 6:12-cv-503-Orl-28KRS

VOLUSIA COUNTY SCHOOL BOARD,

           Defendant.
_____

## ORDER

This case is before the Court on 1) "Motion for Plaintiff's Summary Judgement (sic) Against the School Board of Volusia County" (Doc. No. 41); 2) "Defendant's Motion for Summary Judgment" (Doc. No. 45); 3) "Plaintiff's Motion to Dismiss Defendant's Motion for Summary Judgement" (sic) (Doc. No. 63); and 4) "Defendant's Motion to Strike Plaintiff's Response to Defendant's Third Motion for Summary Judgment" (Doc. No. 68). The United States Magistrate Judge has submitted a report recommending that Defendant's Motion for Summary Judgment be granted, Plaintiff's Motions for Summary Judgment and to Dismiss be denied, and Defendant's Motion to Strike be denied as moot.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation (Doc. No. 73), and Defendant's Response to Plaintiff's Objection (Doc. No. 80), Plaintiff's Objection is **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 30, 2013 (Doc. No. 71) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion for Summary Judgment (Doc. No. 45) is **GRANTED**. Summary Judgment is entered in favor of Defendant on all claims contained in Plaintiff's Complaint.

3. Plaintiff's Motion for Summary Judgment (Doc. No. 41) is **DENIED**.

4. Plaintiff's Motion to Dismiss Defendant's Motion for Summary Judgment (Doc. No. 63) is **DENIED**.

5. Defendant's Motion to Strike Plaintiff's Response to Defendant's Third Motion for Summary Judgment (Doc. No. 68) is **DENIED as moot.**

Also before the Court are motions that were filed after the entry of the Report and Recommendation, as well as after the period for discovery ended in this matter.

6. Defendant's Motion in Limine (Doc. No. 72) is **DENIED as moot.**

7. Plaintiff's "Motion To Appear To Argue The Report And Recommendations Made By Magistrate Karla R. Spaulding" (Doc. No. 74) is **DENIED.**

8. Plaintiff's "Motion To Order The Appearance Of Kevin Tucker, Principal of Riverview Learning Center, Volusia County Schools" (Doc. No. 75) is **DENIED.**

9. Plaintiff's "Motion To Order The Appearance Of Karen Beattie, Coordinator Of Professional Development, Volusia County Schools" (Doc. No. 76) is **DENIED.**

10. Plaintiff's "Motion To Stay" (Doc. No. 77) is **DENIED.**

11.  The Clerk of the Court is directed to enter judgment in favor of Defendant, Volusia County School Board, and against Plaintiff, Joseph Siudock, and to thereafter close this file.

**DONE and ORDERED** in Chambers, Orlando, Florida this 25 day of November, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party